UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No.: 5:08-cv-146-OC-10GRJ (RDO)

ROBERT RHODES,

    Plaintiff,

vs.

FRED OSWALD and OZTEC INDUSTRIES, INC.,
a New York Corporation,

    Defendants.
_____/

## NOTICE OF TAKING DEPOSITION DUCES TECUM

TO:   **FRED OSWALD**
c/o Carlos B. Castillo, Esq.
Seidman, Prewitt, DiBello & Lopez, P.A.
1550 Madruga Ave., Suite 504
Coral Gables, FL 33146

PLEASE TAKE NOTICE that at 9:00 am on June 4, 2009 at the office of Carlos B. Castillo, Esq., Seidman, Prewitt, DiBello & Lopez, P.A., 1550 Madruga Ave., Suite 504, Coral Gables, FL 33146, the undersigned will take the deposition of **FRED OSWALD** upon oral examination before Kresse & Associates, LLC, an official court reporter or a notary public, or some other officer duly authorized by law to take depositions. The deponent shall have with him at said time and place all documents listed on the attached Duces Tecum list. This deposition is being taken for the purpose of discovery, for use at trial or both of the foregoing or for such other purposes as are permitted under the Federal Rules of Civil Procedure and other applicable law.

In accordance with the Americans With Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact the

undersigned attorney at 538 E. Washington Street, Orlando, Florida 32801, telephone (407) 422-5385, not later than seven (7) days prior to the proceeding. If hearing impaired, (TDD) 1-800-955-8771, or VOICE (V) 1-800-955-8770, via Florida Relay Service.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via ECF to: CARLOS B. CASTILLO, ESQ., (ccastillo@spdlaw.com), 1550 Madruga Ave., Suite 504, Coral Gables, FL 33146 this 11 day of May, 2009.

_____
WILLIAM G. OSBORNE, ESQUIRE
Florida Bar No.: 273783
WILLIAM G. OSBORNE, P.A.
538 East Washington Street
Orlando, Florida 32801
(407) 422-5385
(407) 422-5381 (facsimile)
Attorney for Plaintiff

cc: Kresse & Associates, LLC
(305)371-3525 (facsimile)

## DUCES TECUM

1. Any and all patents of the rebar shaker at issue in this case.

2. Any and all documents which reflect the revenues (both gross and net) of Oztech Industries, Inc., for the three years prior to the first sale of the rebar shaker by Oztech to present.

3. Any and all documents which reflect income to you individually from sales of the rebar shaker, including but not limited to, any tax returns which reflect income from the rebar shaker.

4. Any and all profit and loss statements of Oztech Industries, Inc., for the three years prior to the first sale of the rebar shaker by Oztech to present.

5. Any and all corporate tax returns of Oztech Industries, Inc., for the three years prior to the first sale of the rebar shaker by Oztech to present.

6. Any and all internal memoranda or documents regarding the rebar shaker, including but not limited to, its value and projections of sales.

7. Any and all documents which reflect inquiries to purchase the rebar shaker patent from any other person or entity.

8. Any and all documents which support your denials to the allegations in Plaintiff's Complaint.

9. Any and all documents which support any of your affirmative defenses.

10. Any and all correspondence between the parties, including but not limited to, e-mails, written correspondence, voicemails, etc., from January, 2000 to the present.