UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 5:08-CV-00146-WTH-GRJ

## MEDIATION REPORT

ROBERT RHODES,

    Plaintiff(s),

vs

FRED OSWALDO, et al.,

    Defendant(s).
_____/

The undersigned, John W. Salmon, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: December 4, 2009. The results of the mediation conference are as follows:

**✓**   All required parties were present *or*

___   The following required parties were not present:_____

___   An agreement was reached. **Settlement Agreement Attached.**

___   A **confidential** settlement agreement was reached.

___   No agreement was reached. **Impasse**

___   The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

**✓**   The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before JAN. 30, 2010, the Court shall presume that an Impasse has occurred.

___   Other: _____

Respectfully Submitted:

_____
John W. Salmon, Esq.
Florida Bar No.: 271756
Salmon & Dulberg Dispute Resolution.
Biscayne Building, Suite 511
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel