UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Civil Action No.: 5:08-cv-146-OC-10GRJ (RDO)

ROBERT RHODES,

   Plaintiff,

vs.

FRED OSWALD and OZTEC INDUSTRIES,
INC., a New York Corporation,

   Defendants.
_____/

**NOTICE OF FIRM CHANGE OF INFORMATION**

PLEASE TAKE NOTICE that William G. Osborne, PA, has relocated.  The new firm information is as follows:

**WILLIAM G. OSBORNE, P.A.**
**1305 E. Robinson St.**
**Orlando, Florida 32801**
**(407) 894-1534**
**(407) 894-1535 (Facsimile)**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the CM/ECF system, which will send a notice of electronic filing to CARLOS B. CASTILLO, ESQ.,(ccastillo@spdlaw.com), 1550 Madruga Ave., Suite 504, Coral Gables, FL 33146 this 26th  day of February, 2010.

      /S/ William G. Osborne
      WILLIAM G. OSBORNE, ESQUIRE
      Florida Bar No. 273783
      CHRISTOPHER R. TURNER, ESQUIRE
      Florida Bar No. 47150
      WILLIAM G. OSBORNE, P.A.
      1305 E. Robinson Street
      Orlando, Florida 32801
      (407) 894-1534
      (407) 894-1535 (Facsimile)
      wgo_pa@hotmail.com
      Attorneys for Plaintiff