UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:08-CV-00146-WTH-GRJ

| | | |
|---|---|---|
| ROBERT RHODES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| OZTEC INDUSTRIES and | ) | |
| FRED OSWALD, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's Amended Case Management and Scheduling Order entered on June 10, 2009 [D.E. 29], Defendants, Oztec Industries and Fred Oswald, hereby file this Notice of Settlement and advise the Court as follows:

1.      The parties have reached a settlement in the referenced case and have agreed on the terms of a written Settlement Agreement.  The parties are in the process of executing same and/or exchanging counterparts and anticipate filing a Joint Stipulation for Dismissal with Prejudice and a proposed Order thereon within the next 10 days.

2.      Undersigned counsel has communicated with Plaintiff's counsel about the foregoing and is authorized by such counsel to make the referenced representations.

By:_s/ Carlos B. Castillo_____
    Carlos B. Castillo [Trial counsel]
    Florida Bar No. 907741
    DiBello, Lopez & Castillo, P.A.
    Attorneys for Defendants
    1550 Madruga Avenue, Suite 504
    Coral Gables, Florida 33146
    Telephone:  (305) 668-8870
    Facsimile:  (305) 668-8892
    E-Mail:      ccastillo@spdlaw.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this  22nd  day of March, 2010, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  s/ Carlos B. Castillo
Carlos B. Castillo

-2-

## SERVICE LIST

**Robert Rhodes vs. Oztec Industries and Fred Oswald**
**Case No. 5:08-CV-00146-WTH-GRJ**
**United States District Court, Middle District of Florida**

**William G. Osborne, Esq.**
**William G. Osborne, P.A.**
**1305 E. Robinson Street**
**Orlando, FL 32801**
**Telephone: (407) 894-1534**
**Facsimile:  (407) 894-1535**
**Florida Bar No. 273783**
**E-Mail: wgo_pa@hotmail.com**
**Attorney For Plaintiff**

DIBELLO, LOPEZ & CASTILLO, P.A.  •  1550 Madruga Avenue • Suite 504 • Coral Gables, FL 33146